UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 5, 2013

LETTER TO COUNSEL RE: Kimberly Doty v. Hartford Life and Accident
Insurance Company
Civil No. JFM-13-1112

Dear Counsel:

    I have reviewed the memoranda submitted in connection with Hartford Life and Accident Insurance Company's motion to dismiss plaintiff's complaint.

    The motion (document 4) is denied. However, as asserted by Hartford, I believe that plaintiff should exhaust her plan remedies as to her claim for long term disability benefits. Accordingly, this action will be stayed while plaintiff is pursuing her plan remedies. I ask you to advise me as soon as Hartford has ruled upon plaintiff's claim.

    Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge